UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                           CASE: A25-58712-BEM

TOYA CHERISE SMALLS                CHAPTER 13

                                                  JUDGE BARBARA ELLIS-MONRO

Debtor

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING OCTOBER 15, 2025 CONFIRMATION HEARING**

At the hearing on Confirmation on October 15, 2025, the Trustee announced an agreement that the Debtor would do the following within 10 days:

- fund the plan

- For a copy of tax return

Upon failure of the Debtor to comply with the above, the Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

- Trustee has not received funds as agreed

- The Trustee has not received a copy of tax return.

**As the Debtor has not complied with the agreement, please enter an Order of Dismissal.**

                                                       Respectfully submitted,

                                                       _/s/_____
                                                       Sonya Buckley Gordon, Esq.
                                                       for the Chapter 13 Trustee
                                                       GA Bar No. 140987

A25-58712-BEM

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

LAW OFFICES OF STANLEY J. KAKOL, JR.

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

TOYA CHERISE SMALLS
5250 HALCYON DR.
ATLANTA, GA 30349

This 5th day of November, 2025

                                          Respectfully submitted,

                                          _/s/_____
                                          Sonya Buckley Gordon, Esq.
                                          for the Chapter 13 Trustee
                                          GA Bar No. 140987
                                          285 Peachtree Center Ave, Suite 1600
                                          Atlanta, GA  30303-1229
                                          (404) 525-1110
                                          sonyab@atlch13tt.com